Jordan L. Lurie (SBN 130013)
JLurie@InitiativeLegal.com
Sue J. Kim (SBN 256392)
SKim@InitiativeLegal.com
Arvin Ratanavongse (SBN 257619)
ARatanavongse@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:  (310) 861-9051

Attorneys for Plaintiff Jeff Bryant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BRYANT, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE FOODS FINANCE LLC, a Delaware corporation; PINNACLE FOODS GROUP LLC, a Delaware corporation,<br><br>Defendants. | Case No.:  CV 12-5817-JFW (RZx)<br><br>Hon. John F. Walter<br>Courtroom 16<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**<br><br>Complaint Filed: July 5, 2012 |

---

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(I)

# ORDER

Pursuant to stipulation by the parties and good cause appearing, the action entitled Bryant v. Pinnacle Foods Finance, LLC. (Case No. CV 12-05817) is hereby dismissed, in its entirety, without prejudice, with each side bearing its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated:   August 21, 2012

By: ___/s/_____
The Hon. John F. Walter
United States District Judge